UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA        §
                                §
vs.                             §        NO:  WA:26-CR-00055(1)-ADA
                                §
(1) EDUARDO NICOLAS VAZQUEZ     §
CUEVAS

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 12, 2026, wherein the defendant (1) EDUARDO NICOLAS VAZQUEZ CUEVAS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) EDUARDO NICOLAS VAZQUEZ CUEVAS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) EDUARDO NICOLAS VAZQUEZ CUEVAS' plea of guilty to Count One (1) is accepted.

Signed this 26th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE